**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALTON D. BROWN, | : | No. 17 MAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated January |
| | : | 17, 2018 at No. 3 M.D. 2017 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                          **DECIDED:  May 31, 2019**

AND NOW, this 31st day of May, 2019, Appellant's "Application For Leave To Proceed *In Forma Pauperis*" and "Application for Special Relief" are **DENIED** and the Order of the Commonwealth Court is **AFFIRMED**.